UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICK L. MAYS,

      Plaintiff,

  v.

MADISON COUNTY CATHOLIC CHARITIES
DIOCESE OF SPRINGFIELD IN ILLINOIS,
DENISE BURTON, and
SHERYLL KELLUM,

      Defendants.

Case No. 26-cv-00363-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to state a claim,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: June 10, 2026**

**MONICA A. STUMP, Clerk of Court**

_____
**Deputy Clerk**

**Approved:** _____
**J. PHIL GILBERT**
**United States District Judge**